In the Matter of the Application of EMMA E. JONES against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of TORPEDO DRESS CORP. to BERNARD H. LEVINE. THE CITY OF NEW YORK. STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALKER MEMORIAL BAPTIST CHURCH, INC., v. RACHEL BROUN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LILLIAN REILLY v. JOHN HANCOCK MUTUAL LIFE INSURANCE Co.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

MAXINE POTTISH v. MORRIS POTTISH.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHARLES E. KILLINGBECK and Another v. GARMENT CENTER CAPITOL, INC.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

CONTINENTAL BAKING COMPANY, INC., v. LITCHHULT TRUCKING COMPANY, INC., Impleaded, etc.— Motion for reargument or for a modification of order entered June 14th, 1940, denied, with ten dollars costs, and stay vacated. [See ante, p. 992.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.